**Maurice E. TRAVIS**

v.

**UNITED STATES of America.**

No. 6060.

United States Court of Appeals
Tenth Circuit.

March 27, 1959.

Nathan Witt, New York City, for appellant.

Donald E. Kelley, U. S. Atty., Denver, Colo., for appellee.

Before BRATTON, Chief Judge, and MURRAH and LEWIS, Circuit Judges.

PER CURIAM.

Affirmed without written opinion. See also 10 Cir., 247 F.2d 130.